550 A.2d 197

**Rhonda EL DADE, Appellant,**

v.

**WORKMEN'S COMPENSATION APPEAL BOARD (THOMAS JEFFERSON UNIVERSITY HOSPITAL).**

Supreme Court of Pennsylvania.

Argued Oct. 27, 1988.

Decided Nov. 14, 1988.

Thomas F. McDevitt, William L. Foley, Jr., Philadelphia, for appellant.

Thomas J. Magrann, Secty., W.C.A.B., for appellee.

Daniel J. Gallagher, Harrisburg, for Thomas Jefferson University Hosp.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA, PAPADAKOS and STOUT, JJ.

## ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.

LARSEN, J., dissents.